IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAROLD R. BERK**, individually and on behalf of a class similarly situated, | : : : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : : | |
| **J.P. MORGAN CHASE BANK, N.A.**, et al., | : : | No. 11-2715 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **1st** day of **August, 2011**, it is hereby **ORDERED** that:

1. Defendants JPMorgan Chase Bank, N.A., JPMorgan Chase & Co., and Chase Auto Finance Corporation's Motion to Dismiss (Document No. 9) is **DENIED as moot**.

2. Defendant Account Receivable Management's Motion to Dismiss (Document No. 12) is **DENIED as moot**.

BY THE COURT:

_____
**Berle M. Schiller, J.**