IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAROLD R. BERK, individually** | : | |
| **and on behalf of a class similarly** | : | **CIVIL ACTION** |
| **situated,** | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| **J.P. MORGAN CHASE BANK,** | : | |
| **N.A., et al.,** | : | **No. 11-2715** |
| Defendants. | : | |

## ORDER

AND NOW, this **23rd** day of **September, 2011**, upon consideration of Defendants JPMorgan Chase Bank, N.A., JPMorgan Chase & Co., and Chase Auto Finance Corporation's Motion to Dismiss Plaintiff's Amended Complaint with prejudice and Strike Class Allegations (Document No. 21), Defendant Accounts Receivable Management Inc.'s Motion to Dismiss the Plaintiff's Amended Complaint and Strike Class Allegations (Document No. 22), Plaintiff's response thereto, Defendants' replies thereon, and Plaintiff's sur-reply thereon, and for the reasons stated in the Court's Memorandum dated September 23, 2011, it is hereby **ORDERED** that the motions are **GRANTED in part and DENIED in part,** as follows:

1. The motions are **GRANTED** with respect to Plaintiff's Racketeer Influenced and Corrupt Organizations Act claims and intentional infliction of emotional distress claims against all Defendants.

2. The motions are **GRANTED** with respect to Plaintiff's Fair Debt Collection Practices Act claim against Defendants JPMorgan Chase Bank, N.A., JPMorgan Chase & Co., and Chase Auto Finance Corporation.

3. The motions are **DENIED** with respect to Plaintiff's intrusion upon seclusion claim against all Defendants.

4. The motions are **DENIED** with respect to Plaintiff's Fair Debt Collections Practices Act claim against Defendant Accounts Receivable Management Inc.

3. The Motion to Extend Time for Motion for Class Certification (Document No. 15) is **DENIED as moot**.

BY THE COURT:

[signature]

**Berle M. Schiller, J.**