IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAROLD R. BERK, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JPMORGAN CHASE BANK, | : | |
| N.A., et al., | : | No. 11-2715 |
| Defendants. | : | |

## ORDER

**AND NOW**, this 13th day of **December**, **2011**, upon consideration of Plaintiff Harold R. Berk's Second Motion for Leave to File Amended Complaint adding an Eighth Cause of Action, the Chase Defendants' response thereto, Plaintiff's reply thereon, and the Chase Defendants' sur-reply thereon, and for the reasons stated in the Court's Memorandum dated December 13, 2011, it is hereby **ORDERED** that the motion (Document No. 46) is **DENIED.**

BY THE COURT:

_____
**Berle M. Schiller, J.**